| Attorney or Party without Attorney: <br> Mary Blasy, Esq. <br> Robbins Geller Rudman & Dowd LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100   FAX No: 631+367-1173 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Plumbers & Steamfitters Local 773 Pension Fund
Defendant: Danske Bank A/S, et al.

| AFFIDAVIT OF SERVICE <br> Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 19CV00235VEC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Individual Practices in Civil Cases for Judge Valerie Caproni; ECF Rules & Instructions

3. a. Party served:   Danske Bank A/S
   b. Person served:   Diana Arias-Hernandez, Service of Process Intake Clerk

4. Address where the party was served:   Law Debenture Corporate Services, Inc.
   400 Madison Avenue, 4th
   New York, NY 10017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jan. 14, 2019 (2) at: 3:45PM

7. Person Who Served Papers:
   a. Michael Keating
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

   1/23/2019
   (Date)   (Signature)

8. STATE OF NEW YORK, COUNTY OF New York

Subscribed and sworn to (or affirmed) before me on this 23rd day of January, 2019 by Michael Keating proved to me on the basis of satisfactory evidence to be the person who appeared before me.

STEVEN MITCHELL
Notary Public, State of New York
Reg. No.01-MI-6326046
Qualified in New York County
Commission Expires June 8, 20 19

AFFIDAVIT OF SERVICE
Summons & Complaint

(Notary Signature)

mabla.187072