**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 773 PENSION FUND, BOSTON RETIREMENT SYSTEM, TEAMSTERS LOCAL 237 ADDITIONAL SECURITY BENEFIT FUND, and TEAMSTERS LOCAL 237 SUPPLEMENTAL FUND FOR HOUSING AUTHORITY EMPLOYEES, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) | **No. 1:19-cv-00235 (VEC)** |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) |  |
| DANSKE BANK A/S, THOMAS F. BORGEN, HENRIK RAMLAU-HANSEN, JACOB AARUP-ANDERSEN, AND OLE ANDERSEN, | ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## DECLARATION OF BRIAN T. FRAWLEY

BRIAN T. FRAWLEY hereby declares under penalty of perjury as follows:

1.      I am a member of the law firm of Sullivan & Cromwell LLP, counsel for Defendants Danske Banke A/S ("Danske Bank") and Jacob Aarup-Andersen in this action, and a member of the Bar of this Court.  I make this Declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the September 19, 2018 "Report on the Non-Resident Portfolio as Danske Bank's Estonian branch" issued by the Danish law firm Bruun & Hjejle and published on Danske Bank's website.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Form F-6 filed by J.P. Morgan with the United States Securities and Exchange Commission ("SEC") on August 4, 2005 regarding unsponsored Danske Bank American Depositary Receipts ("ADRs").

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Form F-6 filed by Citibank with the SEC on January 10, 2008 regarding unsponsored Danske Bank ADRs.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Form F-6 filed by J.P. Morgan with the SEC on December 18, 2009 regarding unsponsored Danske Bank ADRs.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Form F-6 filed by Citibank with the SEC on August 30, 2011 regarding unsponsored Danske Bank ADRs.

7.      Attached hereto as Exhibit 6 is an excerpt from a true and correct copy of Danske Bank's Annual Report 2011.

8.      Attached hereto as Exhibit 7 is an excerpt from a true and correct copy of Danske Bank's Annual Report 2013.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the Form F-6 filed by Convergex Depositary, Inc. with the SEC on November 12, 2014 regarding unsponsored Danske Bank ADRs.

10.      Attached hereto as Exhibit 9 is an excerpt from a true and correct copy of Danske Bank's Annual Report 2014.

11.      Attached hereto as Exhibit 10 is an excerpt of a true and correct copy of Danske Bank's Annual Report 2015.

12.      Attached hereto as Exhibit 11 is a true and correct copy of the Form F-6 filed by Danske Bank A/S with the SEC on January 28, 2016 regarding sponsored Danske Bank ADRs.

13.     Attached hereto as Exhibit 12 is a true and correct copy of a Depositary Receipt Market Announcement issued by J.P. Morgan, dated February 9, 2016 and retrieved from https://www.adr.com/Site/LoadPDF?CMSID=8156a9e905314d34ae1f1f3689f58422.

14.     Attached hereto as Exhibit 13 is a true and correct copy of a translation of the Memorandum issued by the Danish Financial Supervisory Authority ("DFSA") on March 16, 2016, titled "Statement on inspection of Danske Bank (AML area)."

15.     Attached hereto as Exhibit 14 is a true and correct copy of a screen capture of a section of Danske Bank's website relating to the DFSA, as retrieved on June 17, 2019 from https://danskebank.com/investor-relations/regulation/the-danish-fsa.

16.     Attached hereto as Exhibit 15 is a true and correct copy of a press release issued by Danske Bank on March 21, 2016, titled "Comments on the Danish FSA's statement on inspection of the anti-money laundering (AML) area at Danske Bank."

17.     Attached hereto as Exhibit 16 is an excerpt of a true and correct copy of Danske Bank's Annual Report 2016.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a press release issued by Danske Bank on September 21, 2017, titled "Danske Bank expands investigation of Estonia branch."

19.     Attached hereto as Exhibit 18 is an excerpt of a true and correct copy of Danske Bank's Annual Report 2017.

20.     Attached hereto as Exhibit 19 is an excerpt of a true and correct copy of Danske Bank's Annual Report 2018.

21.     Attached hereto as Exhibit 20 is a chart, prepared at my direction, comparing certain allegations made by Plaintiffs in the Second Amended Complaint with allegations made in the complaint at issue in *In re Deutsche Bank Aktiengesellschaft Sec. Litig.*, 2017 WL 4049253

(S.D.N.Y. June 28, 2017), *aff'd sub nom. Sfiraiala* v. *Deutsche Bank Aktiengesellschaft*, 729 F.

App'x 55 (2d Cir. 2018).

       I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
       June 18, 2019

                                /s/ *Brian T. Frawley*
                                   Brian T. Frawley