IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 773 PENSION FUND, BOSTON RETIREMENT SYSTEM, TEAMSTERS LOCAL 237 ADDITIONAL SECURITY BENEFIT FUND, and TEAMSTERS LOCAL 237 SUPPLEMENTAL FUND FOR HOUSING AUTHORITY EMPLOYEES, Individually and on Behalf of All Others Similarly Situated,<br><br>                           Plaintiffs,<br><br>              v.<br><br>DANSKE BANK A/S, THOMAS F. BORGEN, HENRIK RAMLAU-HANSEN, JACOB AARUP-ANDERSEN, AND OLE ANDERSEN,<br><br>                          Defendants. | No. 1:19-cv-00235 (VEC)<br><br>***ORAL ARGUMENT REQUESTED*** |

**DEFENDANTS' MOTION TO DISMISS**
**THE THIRD AMENDED COMPLAINT**

      PLEASE TAKE NOTICE that Defendant Danske Bank A/S ("Danske Bank"), together with Defendants Thomas F. Borgen, Henrik Ramlau-Hansen, Jacob Aarup-Andersen, and Ole Andersen (collectively, the "Individual Defendants"), will respectfully move this Court, before the Honorable Valerie E. Caproni, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time designated by the Court, for an order dismissing the Third Amended Complaint (the "Complaint") in its entirety, with prejudice, (i) pursuant to Federal Rule of Civil Procedure 12(b)(1), because this Court lacks subject matter jurisdiction over certain claims; (ii) pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 78 U.S.C. §§ 78u-4 & 5 (the "PSLRA"), because the Complaint fails to state a claim upon which relief can be granted; and (iii) pursuant to Federal Rule

of Civil Procedure 12(b)(2), because the Complaint fails to sufficiently allege personal jurisdiction over the Individual Defendants.

The motion is supported by the accompanying Memoranda of Law, dated September 13, 2019, filed by Danske Bank and the Individual Defendants, the Declaration of Brian T. Frawley, dated September 13, 2019, and the proceedings to date in this action.

Dated: September 13, 2019
      New York, New York

Respectfully submitted,

| DEBEVOISE & PLIMPTON LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: /s/<br>Bruce E. Yannett<br>919 Third Avenue, 3rd Floor<br>New York, NY 10022<br>212-909-6000<br>beyannett@debevoise.com<br><br>*Attorneys for Ole Andersen* | By: /s/<br>Brian T. Frawley<br>125 Broad Street<br>New York, NY 10004<br>212-558-4000<br>frawleyb@sullcrom.com<br><br>*Attorneys for Danske Bank A/S and Jacob Aarup-Andersen* |
| DAVIS POLK & WARDWELL LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: /s/<br>Edmund Polubinski III<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4000<br>edmund.polubinski@davispolk.com<br><br>*Attorneys for Thomas F. Borgen* | By: /s/<br>Daniel J. Kramer<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3020<br>dkramer@paulweiss.com<br><br>*Attorneys for Henrik Ramlau-Hansen* |