

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**VIA ECF**

June 30, 2020

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

RE:  *Plumbers & Steamfitters Local 773 Pension Fund, et al. v. Danske Bank A/S, et al.,* No: 1:19-cv-00235 (VEC)

Dear Judge Caproni:

    We are counsel to Ole Andersen in the above-captioned matter.  This is to advise the Court that our client, Ole Andersen, passed away on June 2, 2020.

    Thank you very much for your attention.

                      Respectfully submitted,

                        */s/ Bruce E. Yannett*
                        Bruce E. Yannett
                        Helen V. Cantwell
                        Debevoise & Plimpton LLP
                        919 Third Avenue
                        New York, NY 10022
                        (212) 909-6000
                        beyannett@debevoise.com

                        Jonathan R. Tuttle
                        Ada Fernandez Johnson
                        801 Pennsylvania Ave, NW #500
                        Washington, DC 20004
                        (202) 383-8118
                        jrtuttle@debevoise.com

                        *Attorneys for Ole Andersen*

cc: All counsel (via ECF)