

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/9/2020
```

July 8, 2020

VIA ECF

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

**RE:** *Plumbers & Steamfitters Local 773 Pension Fund, et al. v. Danske Bank A/S, et al.*, **No: 1:19-cv-00235 (VEC)**

Your Honor:

On March 1, 2019, I entered a notice of appearance on behalf of Ole Andersen in the above-captioned case. I hereby respectfully seek leave of the Court to withdraw from this matter. My colleagues, Bruce Yannett, Helen Cantwell, Jonathan Tuttle, and Ada Fernandez Johnson, all of whom have appeared in the above-captioned case, will continue their representation.

Accordingly, I respectfully request the Court's permission to have my name removed from the docket and electronic mailing notification list. I would be grateful if Your Honor would approve my withdrawal by endorsing this letter, so that the Clerk of Court may modify and update those records accordingly.

Thank you for your time and attention in this matter. I am available at the Court's convenience to answer any questions or to provide any additional information.

Respectfully submitted,

/s/     *Sarah B. Hoefle*
Sarah B. Hoefle

cc:     All counsel (via ECF)

SO ORDERED:

_____
Hon. Valerie E. Caproni (U.S.D.J.)

Application GRANTED.

SO ORDERED.

*[signature]*
7/9/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE