UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 773 PENSION FUND, BOSTON RETIREMENT SYSTEM, TEAMSTERS LOCAL 237 ADDITIONAL SECURITY BENEFIT FUND AND TEAMSTERS LOCAL 237 SUPPLEMENTAL FUND FOR HOUSING AUTHORITY EMPLOYEES, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>   vs.<br><br>DANSKE BANK A/S, THOMAS F. BORGEN, HENRIK RAMLAU-HANSEN, JACOB AARUP-ANDERSEN and OLE ANDERSEN,<br><br>                Defendants. | Civil Action No. 1:19-cv-00235-VEC |

STIPULATION AND [PROPOSED] ORDER
REGARDING THE DEATH OF OLE ANDERSON

WHEREAS, Mr. Ole Anderson ("Anderson") is a Defendants in this action and passed away on June 2, 2020;

WHEREAS, on June 30, 2020, counsel for Mr. Anderson, in this action, filed a letter with the Court noting the date on which Mr. Anderson passed away (the "Notice"), ECF No. 86;

WHEREAS, on July 8, 2020, undersigned Lead Counsel notified counsel for Mr. Anderson of Lead Counsel's position that the Notice was not legally sufficient to initiate the time period in which substitution must be made pursuant to Federal Rule of Civil Procedure 25(a), because it did not specify who should be substituted for Mr. Anderson (*e.g.*, the representative of his estate); and

WHEREAS, counsel for Mr. Anderson is making inquiry into who an appropriate substitution for Mr. Anderson would be based on the law of Denmark, where Mr. Anderson lived at the time he passed away.

IT IS HEREBY STIPULATED AND AGREED, as follows:

1. The previously filed Notice did not initiate the time period in which substitution of Mr. Anderson may be required by Federal Rule of Civil Procedure 25(a);

2. Counsel for Mr. Anderson shall continue making inquiry into who is an appropriate substitute for Mr. Anderson and shall promptly file a notice regarding Mr. Anderson's passing upon determining who is an appropriate substitute for Mr. Anderson.  If Counsel for Mr. Anderson is unable to file such notice in 60 days, they shall apprise Lead Counsel of the status of their efforts.

3. This stipulation shall be without prejudice to any anyone's rights, other than waiving the argument that the previously filed Notice initiated the time period in which substitution is required.

DATED: August 11, 2020

By: */s/ Ada Fernandez Johnson*
DEBEVOISE & PLIMPTON, LLP*
Jonathan R. Tuttle
Ada Fernandez Johnson
801 Pennsylvania Ave, NW #500
Washington, DC 20004
(202) 383-8118
jrtuttle@debevoise.com
afjohnson@debevoise.com

Bruce E. Yannett
Helen V. Cantwell
919 Third Avenue, 3rd Floor
New York, NY 10022
212-909-6000
beyannett@debevoise.com
hcantwell@debevoise.com

*Attorneys for Ole Andersen*

\* (With consent to sign pursuant to
S.D.N.Y. Electronic Case Filing Rules &
Instructions (Feb. 1, 2019) Rule 8.5(b))

By: */s/ David A. Rosenfeld*
ROBBINS GELLER RUDMAN & DOWD*
Samuel H. Rudman
David A. Rosenfeld
William J. Geddish
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
wgeddish@rgrdlaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

By: */s/ Carol C. Villegas*
LABATON SUCHAROW LLP
Carol C. Villegas
Chris Fox
Jake Bissell-Linsk
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
cvillegas@labaton.com
acoquin@labaton.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE