**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PLUMBERS & STEAMFITTERS LOCAL 773
PENSION FUND, BOSTON RETIREMENT
SYSTEM, TEAMSTERS LOCAL 237
ADDITIONAL SECURITY BENEFIT FUND,
and TEAMSTERS LOCAL 237
SUPPLEMENTAL FUND FOR HOUSING
AUTHORITY EMPLOYEES, individually and
on behalf of all others similarly situated,

      Plaintiffs,

-against-              19 **CIVIL** 235 (VEC)

                     **JUDGMENT**

DANSKE BANK A/S, THOMAS F. BORGEN,
HENRIK RAMLAU-HANSEN, JACOB AARUP
-ANDERSEN, and OLE ANDERSEN,

      Defendants.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 24, 2020, Defendants' motion to dismiss is granted; because Plaintiffs have had opportunity to amended their pleadings once in response to a motion to dismiss, and because the arguments made in response to the motion to dismiss give no indication that the Complaint's defects are curable, Plaintiffs are denied leave to amend; *See* Fed. R. Civ. P. 15(a)(2); *TechnoMarine SA v. Giftports, Inc.*, 758 F.3d 493, 505–06 (2d Cir. 2014); the Third Amended Complaint is therefore dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
    August 24, 2020

                     **RUBY J. KRAJICK**
                     _____
                     Clerk of Court
             **BY:**
                     Deputy Clerk