UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS & STEAMFITTERS LOCAL 773 PENSION FUND, BOSTON RETIREMENT SYSTEM, TEAMSTERS LOCAL 237 ADDITIONAL SECURITY BENEFIT FUND and TEAMSTERS LOCAL 237 SUPPLEMENTAL FUND FOR HOUSING AUTHORITY EMPLOYEES, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>DANSKE BANK A/S, THOMAS F. BORGEN, HENRIK RAMLAU-HANSEN, JACOB AARUP-ANDERSEN and OLE ANDERSEN,<br><br>       Defendants. | No. 1:19-cv-00235 (VEC)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Lead Plaintiffs Plumbers & Steamfitters Local 773 Pension Fund, Boston Retirement System, Teamsters Local 237 Additional Security Benefit Fund, and Teamsters Local 237 Supplemental Fund for Housing Authority Employees, individually and on behalf of the Class, appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion & Order (ECF No. 90), and Judgment (ECF No. 91), both dated and entered on August 24, 2020, that dismissed the Third Amended Complaint for Violation of the Federal Securities Laws in its entirety and with prejudice.

Dated:  September 23, 2020              Respectfully submitted,

                                        LABATON SUCHAROW LLP

                                By:     */s/ Carol C. Villegas*
                                        Carol C. Villegas
                                        David J. Goldsmith
                                        Jake Bissell-Linsk
                                        140 Broadway
                                        New York, NY 10005
                                        (212) 907-0700
                                        (212) 818-0477 (fax)
                                        cvillegas@labaton.com
                                        dgoldsmith@labaton.com
                                        jbissell-linsk@labaton.com

                                        *Attorneys for Lead Plaintiffs and*
                                        *Co-Lead Counsel for the Class*

                                        Samuel H. Rudman
                                        David A. Rosenfeld
                                        William J. Geddish
                                        ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                        58 South Service Road, Suite 200
                                        Melville, NY 11747
                                        (631) 367-7100
                                        (631) 367-1173 (fax)
                                        srudman@rgrdlaw.com
                                        drosenfeld@rgrdlaw.com
                                        wgeddish@rgrdlaw.com

                                        *Attorneys for Lead Plaintiffs and*
                                        *Co-Lead Counsel for the Class*