UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLUMBERS & STEAMFITTERS LOCAL
773 PENSION FUND, BOSTON
RETIREMENT SYSTEM, TEAMSTERS
LOCAL 237 ADDITIONAL SECURITY
BENEFIT FUND AND TEAMSTERS
LOCAL 237 SUPPLEMENTAL FUND FOR
HOUSING AUTHORITY EMPLOYEES,
Individually and on Behalf of All Others
Similarly Situated,

Plaintiffs,

vs.

DANSKE BANK A/S, THOMAS F.
BORGEN, HENRIK RAMLAU-HANSEN,
JACOB AARUP-ANDERSEN and OLE
ANDERSEN,

Defendants.

---

: Civil Action No. 1:19-cv-00235-VEC

: CLASS ACTION

STIPULATION AND [PROPOSED] ORDER
REGARDING THE DEATH OF OLE ANDERSEN

WHEREAS, Mr. Ole Andersen ("Andersen") is a Defendant in this action and passed away on June 2, 2020;

WHEREAS, on June 30, 2020, counsel for Mr. Andersen, in this action, filed a letter with the Court noting the date on which Mr. Andersen passed away (the "Notice"), ECF No. 86;

WHEREAS, on August 11, 2020, counsel for Mr. Andersen and Plaintiffs filed a proposed stipulation (ECF No. 87) recognizing that the Notice was insufficient because it did not specify who should be substituted for Mr. Andersen and agreeing that counsel for Mr. Andersen would notify plaintiff of an appropriate substitute;

WHEREAS, on August 24, 2020, the Court granted Defendants motion to dismiss (ECF No. 90, the "Order");

WHEREAS, Plaintiffs filed a notice of appeal on September 23, 2020 (ECF No. 92), which appeal is pending before the Second Circuit Court of Appeals (the "Appeal");

WHEREAS, counsel for Mr. Andersen has notified Plaintiffs that Mr. Andersen's widow, Helle Andersen, in her capacity as representative of Mr. Andersen's estate, should be substituted in for Mr. Andersen;

WHEREAS, undersigned counsel for Mr. Andersen has been retained by Ms. Andersen, in her capacity as representative of the estate of Ole Andersen, to represent her in this action.

IT IS HEREBY STIPULATED AND AGREED, as follows:

1. In accordance with F.R.C.P. 25(a), Ms. Andersen, solely in her capacity as representative of Mr. Andersen's estate, shall hereby be substituted into this action for Mr. Andersen.

2. The undersigned counsel agree to accept service of any document in this action by ECF.

3. As substitute for Mr. Andersen, the claims against Ms. Andersen are subject to the Court's prior Order granting the motion to dismiss and are subject to the pending Appeal.

Dated: March 18, 2021

By:   /s/ Bruce E. Yannett

DEBEVOISE & PLIMPTON, LLP
Bruce E. Yannett
Helen V. Cantwell
919 Third Avenue, 3rd Floor
New York, NY 10022
212-909-6000
beyannett@debevoise.com
hcantwell@debevoise.com

Jonathan R. Tuttle
Ada Fernandez Johnson
801 Pennsylvania Ave, NW #500
Washington, DC 20004
(202) 383-8118
jrtuttle@debevoise.com
afjohnson@debevoise.com

*Attorneys for Ole Andersen*

By:   /s/ David Rosenfeld[1]

ROBBINS GELLER RUDMAN & DOWD
Samuel H. Rudman
David A. Rosenfeld
William J. Geddish
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
wgeddish@rgrdlaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

By:   /s/ Carol C. Villegas

LABATON SUCHAROW LLP
Carol C. Villegas
Alec T. Coquin
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
cvillegas@labaton.com
acoquin@labaton.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

---

[1]   All Counsel have represented their consent to this Stipulation in communications with Counsel whose ECF credentials are used to file it.

\*     \*     \*

# **O R D E R**

IT IS SO ORDERED.

DATED: _____         _____
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE