# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of August, two thousand twenty-one.

Before: Debra Ann Livingston,
*Chief Judge*,
Dennis Jacobs,
Steven J. Menashi,
*Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 15, 2021

Plumbers & Steamfitters Local 773 Pension Fund, Boston Retirement System, Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees, individually and on behalf of all others similarly situated,

Plaintiffs - Appellants,

v.

Danske Banks A/S, Thomas F. Borgen, Henrik Ramlau-Hansen, Jacob Aarup-Andersen, Ole Andersen,

Defendants - Appellees.

**JUDGMENT**

Docket No. 20-3231

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's dismissal of this action is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/15/2021**